IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01826-WYD-BNB

PHYLLIS NOAKES,

        Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, filed November 20, 2006 (docket #12), the file in this matter, and being fully advised in the premises, hereby

**ORDERS** that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

    Dated: November 22, 2006

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge